

# STATE OF LOUISIANA
# COURT OF APPEAL
# FIRST CIRCUIT

## 2022 CA 1248[1]

## CONTI ENTERPRISES, INC.

## VERSUS

## PROVIDENCE/GSE ASSOCIATES, LLC, ROBERT E. WILLIAMS, JR., AND ASPEN SPECIALTY INSURANCE COMPANY

Judgment rendered: __NOV 0 1 2023__

* * * * *

On Appeal from the
32nd Judicial District Court
Terrebonne Parish
State of Louisiana
No. 174385

Judge Randall L. Bethancourt, Presiding

* * * * *

| | |
|---|---|
| Stephen P. Hall<br>Phelps Dunbar, LLP<br>New Orleans, Louisiana | Attorneys for Appellee/Defendant<br>XL Specialty Insurance Company |
| Adrian G. Nadeau<br>J. Weston Clark<br>Baton Rouge, Louisiana | Attorneys for Appellees/Defendants<br>Hartman Engineering, Inc. and<br>Jared Monceaux |
| Brian J. Marceaux<br>Julius P. Hebert, Jr.<br><br>Derick A. Bercegeay<br>Brianna Wilson Orgeron<br>Houma, Louisiana | Attorneys for Plaintiff/Appellant<br>Terrebonne Parish Consolidated<br>Government |

* * * * *

## BEFORE: THERIOT, HOLDRIDGE, AND HESTER, JJ.

---

[1] We note that 2022-CA-1249, **Conti Enterprises, Inc. vs. Providence/GSE Associates, LLC,** is consolidated with 2022-CA-1248, **Conti Enterprises, Inc. vs. Providence/GSE Associates, LLC,** for oral argument and submission.

**HOLDRIDGE, J.**

In this appeal, Terrebonne Parish Consolidated Government (TPCG) challenges a trial court's judgment granting a motion for summary judgment filed by XL Specialty Insurance Company (XLSIC), the alleged professional insurer of Hartman Engineering, Inc. and Jared Monceaux. In **Conti Enterprises, Inc. v. Providence Associates, LLC**, 2022-1249 (La. App. 1 Cir. 10/30/23), 2023 WL 7125055 (unpublished), this court upheld a summary judgment dismissing all of TPCG's claims against Hartman Engineering, Inc. and Mr. Monceaux on the basis that TPCG's claims against those defendants were statutorily perempted. By the extension and operation of law, peremption is a defense that is not personal to the insured and is available to the insured's liability insurer. See **Shields v. Alvin R. Savoie & Associates, Inc.**, 2016-0827 (La. App. 1 Cir 2/17/17), 217 So.3d 420, 421; **Vicari v. Window World, Inc.**, 14-870 (La. App. 5 Cir. 5/28/15), 171 So.3d 425, writ denied, 2015-1269 (La. 9/25/15), 179 So.3d 570. Because XLSIC's insureds can have no liability to TPCG as a matter of law, XLSIC cannot be held liable to TPCG as the professional liability insurer of Hartman Engineering, Inc. and Mr. Monceaux. Therefore, the trial court correctly entered summary judgment dismissing all claims asserted by TPCG against XLSIC in this litigation.

For these reasons, we affirm the trial court's summary judgment in favor of XL Specialty Insurance Company. All costs of this appeal, in the amount of $35,108.50, are taxed to appellant, Terrebonne Parish Consolidated Government.

**AFFIRMED.**

2